

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Michael Anthony Paredes,

Vs. No. 11-23-00132-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 30426-A.

\* August 24, 2023

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.